CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

APR 01 2013

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Civil Action No. 5:11-cr-00026-1 |
| | ) | |
| v. | ) | <u>§ 2255 Order</u> |
| | ) | |
| RUSSELL KINNARD HENRY, JR., | ) | By: Hon. Michael F. Urbanski |
| Petitioner. | ) | United States District Judge |

For the reasons stated in the accompanying opinion, it is hereby **ADJUDGED AND ORDERED** as follows:

(1) The United States' motion to dismiss (Docket No. 84) is **TAKEN UNDER ADVISEMENT,** and the Clerk shall set this matter for an evidentiary hearing; and

(2) If petitioner cannot afford counsel, he can apply to proceed *in forma pauperis* and the court will appoint counsel; and

(3) The Clerk will arrange for the petitioner to appear by video-conferencing to the extent practicable.

The Clerk is directed to send a copy of this Order to petitioner and counsel of record for the United States.

ENTER: This  1st  day of April, 2013.

/s/ Michael F. Urbanski
United States District Judge