IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 5:11-cr-00026-1 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| RUSSELL KINNARD HENRY, JR., | ) | By: Hon. Michael F. Urbanski |
| Petitioner. | ) | United States District Judge |

In accordance with the accompanying Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that Henry's objections to the Report and Recommendation are **OVERRULED**; the Report and Recommendation is **ADOPTED**; the United States' motion to dismiss is **GRANTED**; the motion to vacate, set aside, or correct sentence, pursuant to 28 U.S.C. § 2255, is **DISMISSED**; a certificate of appealability is **DENIED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk shall send a copy of this Order and the accompanying Memorandum Opinion to counsel of record.

Entered: August 11, 2014

*/s/ Michael F. Urbanski*

Michael F. Urbanski
United States District Judge